UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,         Case No. 2:12-CR-36-04

v.         HON. R. ALLAN EDGAR

PATRIZIA BENSTROM

        Defendant.
_____/

## WRITTEN STATEMENT PURSUANT TO USSG § 4A1.3(c)

Pursuant to USSG § 4A1.3(c)(2), the Court concludes that Ms. Benstrom's criminal history category substantially over-represents the seriousness of her actual criminal history as well as the likelihood that she will commit other crimes. Her criminal history category is largely driven by defendant having shoplifted small quantities of groceries. This was likely fueled by her drug and mental health issues. She is now sixty years of age and will be older when released. Her danger to the public should be negligible at that time, especially if she receives appropriate substance abuse and mental health treatment as recommended by the Court.

    ENTER

Dated: 10/24/2013         */s/ R. Allan Edgar*
        R. ALLAN EDGAR
        UNITED STATES DISTRICT JUDGE